**Motion to Reinstate Granted, Motion to Dismiss Appeal Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-01022-CV

---

## NEWSTREAM HOTEL PARTNERS-IAH, LLC, Appellant

## V.

## UC RED LION HOUSTON HOLDER, LLC AS SUCCESSOR IN INTEREST TO UC FUNDING, LLC, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-71008**

## MEMORANDUM OPINION

This appeal, which arises from a final order signed December 6, 2019 granting a motion to dismiss due to a forum selection clause, has been stayed and suspended since May 5, 2020 due to appellant's bankruptcy proceeding. On July 12, 2021, the parties filed a joint motion to dismiss the appeal, with each party to bear its own costs. *See* Tex. R. App. P. 42.1(a). The motion to dismiss, however, did not include

a certified copy of any order from the bankruptcy court lifting or terminating the stay associated with that bankruptcy proceeding. *See* Tex. R. App. P. 8.3(a). The parties have since filed a joint motion to reinstate this appeal which includes a certified copy of the bankruptcy court's order dismissing the underlying bankruptcy proceeding, signed April 8, 2021. Accordingly, this court grants the parties' motion to reinstate and their motion to dismiss the appeal, reinstates the appeal, and dismisses the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.